IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MARTIN,

        Petitioner,                  No. CIV S-08-2899 KJM P

    vs.

MIKE KNOWLES, Warden,
California Medical Facility,

        Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The application attacks a sentenced imposed in the Superior Court of San Francisco County. While both this Court and the United States District Court in the district where petitioner was convicted and sentenced have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Francisco County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

/////

1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Northern District of California.
3  DATED:  December 11, 2008.

_____
U.S. MAGISTRATE JUDGE

6  1/mp
mart2899.108

2