IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MARTIN,

    Petitioner,                    No. CIV S-09-1915 KJM P

    vs.

MIKE KNOWLES, et al.,

    Respondents.                <u>ORDER</u>

                                  /

          Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

          2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

1

1           3.  If the response to the habeas petition is a motion, petitioner's opposition or
2  statement of non-opposition to the motion shall be filed and served within thirty days after
3  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
4  thereafter; and
5           4.  The Clerk of the Court shall serve a copy of this order, **the**
6  **consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this**
7  **court**, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on
8  Michael Patrick Farrell,  Senior Assistant Attorney General.
9  DATED: January 15, 2010.

_____
U.S. MAGISTRATE JUDGE

1
mart2899.100(7.21.09)