IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MARTIN,

    Petitioner,                No. CIV-S-09-1915 FCD KJM P

    vs.

MIKE KNOWLES,

    Respondent.           <u>ORDER</u>

                           /

        On March 19, 2010, respondent filed a motion to dismiss. Petitioner has not opposed the motion, despite having been given an extension of time to oppose. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant Federal Rule of Civil Procedure 41(b).

DATED: December 3, 2010.

                                                _____
                                                U.S. MAGISTRATE JUDGE

1
mart1915.46

1